1034

[Nos. 39623-8-II; 40053-7-II.   Division Two.   January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY CHRISTOPHER CLEMONS, *Appellant*.

*In the Matter of the Personal Restraint of* ANTHONY CHRISTOPHER CLEMONS, *Petitioner*.

Judgment *affirmed* and petition *denied* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39743-9-II.   Division Two.   January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JILL CHRISTINE MARKHAM, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Bridgewater, J. Pro Tem.

[No. 39788-9-II.   Division Two.   January 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH EDWARD PAWSKI, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Johanson, J.